IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Felton, James L | Case Number: 06 B 06618 |
| | Judge: Hollis, Pamela S |
| Printed: 5/20/08 | Filed: 6/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 7, 2008
Confirmed: September 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,031.64 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 1,950.37 |
| Administrative: | | 2,824.00 |
| Trustee Fee: | | 257.27 |
| Other Funds: | | 0.00 |
| Totals: | 5,031.64 | 5,031.64 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,824.00 | 2,824.00 |
| 2. | Internal Revenue Service | Priority | 3,153.40 | 1,950.37 |
| 3. | Peoples Energy Corp | Unsecured | 100.05 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 261.50 | 0.00 |
| 5. | Capital One | Unsecured | 55.16 | 0.00 |
| 6. | Capital One | Unsecured | 69.86 | 0.00 |
| 7. | Progressive Management Systems | Unsecured | 51.04 | 0.00 |
| 8. | United Financial Mortgage Corp | Unsecured | 80.00 | 0.00 |
| 9. | Illinois Dept Of Employment Sec | Unsecured | 318.16 | 0.00 |
| 10. | Comcast Cablevision | Unsecured | 75.81 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 80.35 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 1,194.49 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 73.22 | 0.00 |
| 14. | Educational Credit Management Corp | Unsecured | 858.65 | 0.00 |
| 15. | T Mobile USA | Unsecured | 40.79 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 32.08 | 0.00 |
| 17. | Illinois Dept Of Healthcare And Family | Unsecured | 2,806.78 | 0.00 |
| 18. | Asset Acceptance | Unsecured | | No Claim Filed |
| 19. | CB USA Sears | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | I C Systems Inc | Unsecured | | No Claim Filed |
| 22. | Credit Management Control | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | First National Bank of Toledo | Unsecured | | No Claim Filed |
| 25. | I C Systems Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Felton, James L | Case Number: 06 B 06618 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 5/20/08 | Filed: 6/7/06 |

| | | | | |
|---|---|---|---|---|
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 27. | Medclr / Emergency 1087 | Unsecured | | No Claim Filed |
| 28. | Professional Credit Services | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |

$ 12,075.34          $ 4,774.37

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 115.24 |
| 5.4% | 142.03 |
| | $ 257.27 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____